## IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

**FILED**

**August 12, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

DAVID K. WACHTEL, JR.,                )
                                       )
    Plaintiff/Appellant,          )
                                       )  Appeal No.
VS.                                    )  01-A-01-9708-CH-00396
                                       )
THE WESTERN SIZZLIN                    )  Davidson Chancery
CORPORATION f/k/a FRANCHISEE           )  No. 95-781-I
ACQUISITION CORPORATION,               )
                                       )
    Defendant-Counter             )
    Claimant/Appellee             )
                                       )
VS.                                    )
                                       )
DAVID K. WACHTEL, JR., AND             )
RESTAURANT MANAGEMENT                  )
SERVICES, INC.,                        )
                                       )
    Counter-Defendants.           )

## ORDER ON PETITION TO REHEAR

       The appellee has filed a respectful Petition to Rehear. After reviewing the grounds for the petition, we are of the opinion that it should be overruled. It is, therefore, ordered that the petition be overruled.

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE

_____
WALTER W. BUSSART, SPECIAL JUDGE